ELLEN F. ROSENBLUM  #753239
Attorney General
TIMOTHY D. SMITH #914374
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail: tim.smith@doj.state.or.us

Attorneys for State of Oregon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| STATE OF OREGON, Acting by and through the DEPARTMENT OF CORRECTIONS, | Case No. 6:16-cv-345-TC |
|---|---|
| Plaintiff, | MOTION FOR ENTRY OF DEFAULT |
| v. | |
| NICHOLAS ADAM AMES, | |
| Defendant. | |

Plaintiff the State of Oregon, acting by and through the Department of Corrections (the "State of Oregon"), requests that the clerk of the court enter default against Defendant Nicholas Adam Ames pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request the State of Oregon relies upon the record in this case and the affidavit submitted herein.

ELLEN F. ROSENBLUM
Attorney General


s/ Timothy D. Smith
Timothy D. Smith, #914374
Assistant Attorney General
Of Attorneys for Plaintiff
E-mail:  tim.smith@doj.state.or.us

Page 1 -   **MOTION FOR ENTRY OF DEFAULT**
TDS/tn1/7323006

ELLEN F. ROSENBLUM  #753239
Attorney General
TIMOTHY D. SMITH #914374
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail: tim.smith@doj.state.or.us

Attorneys for State of Oregon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, Acting by and through the DEPARTMENT OF CORRECTIONS,<br><br>            Plaintiff,<br><br>    v.<br><br>NICHOLAS ADAM AMES,<br><br>            Defendant. | Case No. 6:16-cv-345-TC<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT |

STATE OF OREGON      )
                     ) ss.
County of Marion     )

I, Timothy D. Smith, first being duly sworn, depose and say that:

1. I am one of the attorneys for plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter;

2. The summons and complaint were filed on February 25, 2016.

3. Defendant Nicholas Adam Ames was served with a copy of the summons and complaint via substitute service upon Mike Swanzy, roommate, co-resident on March 23, 2016 at 320 14th Ave., Albany, OR  97322, and via US Mail on March 25, 2016, as reflected on the docket sheet by the proof of service filed on March 28, 2016.

4. An answer to the complaint was due on April 18, 2016.

///

///

Page 1 -   **AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**
            TDS/tn1/7323006

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of the court enter default against Defendant Nicholas Adam Ames.

/s/ Timothy D. Smith
Timothy D. Smith, #914374

SUBSCRIBED AND SWORN to before me this 19th day of April, 2016.

/s/ Teriann Masue Nakamura
Notary Public for Oregon
Commission No. 936122
My Commission Expires: February 8, 2019

Page 2 -   **AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**
TDS/tn1/7323006

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 934-4400 / Fax: (503) 373-7067

ELLEN F. ROSENBLUM  #753239
Attorney General
TIMOTHY D. SMITH #914374
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail: tim.smith@doj.state.or.us

Attorneys for State of Oregon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, Acting by and through the DEPARTMENT OF CORRECTIONS,<br><br>         Plaintiff,<br><br>         v.<br><br>NICHOLAS ADAM AMES,<br><br>         Defendant. | Case No. 6:16-cv-345-TC<br><br>NON-MILITARY AFFIDAVIT |

STATE OF OREGON       )
                                            ) ss.
County of Marion          )

     I, Timothy D. Smith, first being duly sworn, depose and say that I am one of the attorneys for plaintiff in the above-entitled action; that the defendant in said action against whom default is requested was not at the time of commencement of said action nor is now in the military service of the United States, nor is an infant or an incompetent person; and that defendant was served on

///

///

///

///

///

///

///

Page 1 -   **NON-MILITARY AFFIDAVIT**
    TDS/tn1/7323006

March 23, 2016 at 320 14th Ave., Albany, OR  97322, and via US Mail on March 25, 2016, by serving a copy of the Summons and Complaint to the defendant via substitute service.

/s/ Timothy D. Smith
Timothy D. Smith, #914374

SUBSCRIBED AND SWORN to before me this 19th day of April, 2016.

/s/ Teriann Masue Nakamura
Notary Public for Oregon
Commission No.  936122
My Commission Expires:  February 8, 2019

Page 2 -   **NON-MILITARY AFFIDAVIT**
TDS/tn1/7323006

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 934-4400 / Fax: (503) 373-7067

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2016, I served the foregoing Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default, Non-Military Affidavit, and Order of Entry of Default upon the parties hereto by United States Postal Service, First Class Mail, postage prepaid, a true, exact and full copy thereof to:

Nicholas Adam Ames
320 14th Ave.
Albany, OR  97322

                        By:    s/Timothy D. Smith
                                  Timothy D. Smith, #914374
                                  Assistant Attorney General
                                    Attorneys for Plaintiff

Page 1 – **CERTIFICATE OF SERVICE**
    TDS/tn1/7323006

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 934-4400 / Fax: (503) 373-7067