ELLEN F. ROSENBLUM  #753239
Attorney General
TIMOTHY D. SMITH #914374
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail: tim.smith@doj.state.or.us

Attorneys for State of Oregon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| STATE OF OREGON, Acting by and through the DEPARTMENT OF CORRECTIONS, | Case No. 6:16-cv-345-TC |
|---|---|
| Plaintiff, | ORDER FOR DEFAULT |
| v. | |
| NICHOLAS ADAM AMES, | |
| Defendant. | |

Plaintiff the State of Oregon, acting by and through the Department of Corrections (the

"State of Oregon"), requests that the clerk of the court enter default against Defendant Nicholas

///

///

///

///

///

///

///

///

///

///

Page 1 -   **ORDER FOR DEFAULT**
TDS/tn1/7323006

Adam Ames pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that Defendant Nicholas Adam Ames has failed to appear, plead or otherwise defend, the default of Defendant Nicholas Adam Ames is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2016.

_____
Clerk of the Court

SUBMITTED BY:

Timothy D. Smith, #914374
Assistant Attorney General
Of Attorneys for Plaintiff
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail:  tim.smith@doj.state.or.us

Page 2 -  **ORDER FOR DEFAULT**
　　TDS/tn1/7323006