ELLEN F. ROSENBLUM #753239
Attorney General
TIMOTHY D. SMITH #914374
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone: (503) 934-4400
Facsimile: (503) 373-7067
E-mail: tim.smith@doj.state.or.us

Attorneys for State of Oregon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, Acting by and through the DEPARTMENT OF CORRECTIONS,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ADAM AMES,<br><br>Defendant. | Case No. 6:16-cv-345-TC<br><br>DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff's Motion for Entry of Default Judgment [Doc. No. 7] filed on June 28, 2016 and Order Granting Motion for Default Judgment [Doc No. 9] entered on September 26, 2016.  Defendant, Nicholas Adam Ames, having failed to appear, plead or otherwise defend in this action, and default having been entered on June 20, 2016, and counsel for Plaintiff State of Oregon, acting by and through the Department of Corrections having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b):

///

///

///

///

///

Page 1 -   **DEFAULT JUDGMENT**
TDS/tn1/7328871

IT IS HEREBY ORDERED AND ADJUDGED that:

1.   Pursuant to 17 U.S.C. § 502(a), Defendant, Nicholas Adam Ames is permanently enjoined from infringing Plaintiff's rights under federal or state law in the video entitled "Prison Cell Extraction," https://youtu.be/zQok8tROUFs, including by using the internet or any online media distribution system to reproduce (i.e. download) Prison Cell Extraction, to distribute (i.e. upload) Prison Cell Extraction, or to make Prison Cell Extraction available for distribution to the public or for public display;

2.   Plaintiff is awarded judgment against Defendant, Nicholas Adam Ames, for its costs in this action, to be determined pursuant to 17 U.S.C. § 505; and

3.   Plaintiff is awarded judgment against Defendant, Nicholas Adam Ames, for its attorney's fees incurred herein, to be determined pursuant to 17 U.S.C. § 505.

Dated this __28__ day of __Sept_____, 2016.

_____
Judge Michael J. McShane

SUBMITTED BY:

Timothy D. Smith, #914374
Assistant Attorney General
Of Attorneys for Plaintiff
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
Facsimile: (503) 373-7067
E-mail: tim.smith@doj.state.or.us

Page 2 -   **DEFAULT JUDGMENT**
           TDS/tn1/7328871

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 934-4400 / Fax: (503) 373-7067