ELLEN F. ROSENBLUM  #753239
Attorney General
TIMOTHY D. SMITH #914374
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail: tim.smith@doj.state.or.us

Attorneys for State of Oregon

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, Acting by and through the DEPARTMENT OF CORRECTIONS, | Case No. 6:16-cv-345-TC |
| Plaintiff, | SUPPLEMENTAL JUDGMENT AND MONEY AWARD |
| v. | |
| NICHOLAS ADAM AMES, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion for Costs and Attorney Fees [Doc. No. 12] filed on September 29, 2016 and Order Granting Motion for Attorney Fees [Doc No. 14] entered on December 20, 2016.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff is awarded supplemental judgment against defendant Nicholas Adam Ames for its attorney fees, costs, and disbursements.

### MONEY AWARD

1)  Judgment Creditor          Oregon Department of Corrections
    2575 Center Street NE
    Salem, OR  97301

2)  Judgment Creditor's Attorney:     Timothy D. Smith
    Assistant Attorney General
    Oregon Department of Justice
    1162 Court Street NE
    Salem, OR  97301-4096

    Phone Number for Creditor's Attorney:    (503) 934-4400

Page 1 -  **SUPPLEMENTAL JUDGMENT AND MONEY AWARD**
TDS/tn1/7947924

3)    Judgment Debtor:                              Nicholas Adam Ames
      a)    Address                                 320 14th Avenue
                                                    Albany, OR  97322
      b)    Date of Birth:                          xx/xx/1989
      c)    Social Security Number:                 U/K
      d)    Driver's License No.                    U/K
      e)    Name of attorney:                       N/A

4)    Other person or public body entitled to a portion of payment:  None

5)    Principal Amount of Judgment:            $      0

6)    Post-judgment simple interest at the rate of 9 percent per annum on the total judgment
      which consists of items 5, 7 and 8 from the date judgment is entered until paid in full.

7)    Costs and disbursements                 $    455.00

8)    Attorney fees:                          $  13,019.50


                                             March 10, 2017
                                             _____
                                             Judge


SUBMITTED BY:

Timothy D. Smith, #914374
Assistant Attorney General
Of Attorneys for Plaintiff
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail:  tim.smith@doj.state.or.us


Page 2 -  **SUPPLEMENTAL JUDGMENT AND MONEY AWARD**
      TDS/tn1/7947924